IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

ELECTRONICALLY
FILED
Jul 22 2016
U.S. DISTRICT COURT
Northern District of WV

THE HUNTINGTON NATIONAL BANK, )
)
    Plaintiff, ) Civil Action No.: 1:16-CV-158 (Keeley)
)
vs. )
)
WEST VIRGINIA HIGH TECHNOLOGY )
CONSORTIUM FOUNDATION AND HT )
FOUNDATION HOLDINGS, INC. )
)
    Defendants. )

## COMPLAINT

Plaintiff The Huntington National Bank ("Huntington" or "Plaintiff"), by and through its undersigned counsel, files this Complaint against West Virginia High Technology Consortium Foundation ("WV High Tech" or "Initial Borrower") and HT Foundation Holdings, Inc. ("HT Foundation" or "Additional Borrower"), (collectively, "Defendants") and for its Complaint, respectfully alleges as follows:

### INTRODUCTION

1. This is a commercial breach of contract action relating to a loan to the Defendants which is in default.

### JURISDICTION AND VENUE

2. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs and is between citizens of different states.

3. Plaintiff is a national bank with its corporate headquarters located in Columbus, Ohio. For purposes of diversity jurisdiction, the Plaintiff's citizenship is Ohio. Specifically, the

citizenship of a national bank is determined by its headquarters. As explained below in more detail, Defendants are citizens of West Virginia.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## PARTIES

5. Defendant WV High Tech is a West Virginia nonprofit corporation, with its principal place of business at 1000 Technology Drive, Suite 1000, Fairmont, West Virginia 26554.

6. Defendant HT Foundation, a West Virginia is a non-profit corporation and subsidiary of High Tech, with a principal place of business located at 1000 Technology Drive, Suite 8000, Fairmont, West Virginia 26554.

## FACTUAL BACKGROUND

7. Defendants are indebted to Plaintiff under the following loan documents:

(a) Credit Line Deed of Trust dated March 26, 2008 executed between Initial Borrower and Huntington, a copy of which is attached as Exhibit A.

(b) Assignment of Leases and Rents dated March 26, 2008 executed between Initial Borrower and Huntington, a copy of which is attached as Exhibit B.

(c) Assignment of Deposit Account dated March 26, 2008 executed between Initial Borrower and Huntington, a copy of which is attached as Exhibit C.

(d) The Promissory Note ("Note") dated March 26, 2008 between Initial Borrower and Huntington in the original principal amount of $23,925,000.00 executed by the Borrower in favor of Huntington, a copy of which is attached as Exhibit D.

(e) Commercial Loan Agreement dated March 26, 2008 executed by the Initial Borrower in favor of Huntington in connection with the Note, a copy of which is attached as Exhibit E.

(f) Assumption Agreement dated July 24, 2008, executed by Additional Borrower, a copy of which is attached as Exhibit F.

(g) Assignment of Deposit Accounts dated August 4, 2010 executed between Initial Borrower and Huntington, a copy of which is attached as Exhibit G.

(h) Modification of Loan Agreement dated February 4, 2011, executed between Initial Borrower, Additional Borrower and Huntington, a copy of which is attached as Exhibit H.

(i) Second Modification of Loan Agreement, dated October 29, 2012 executed between Initial Borrower, Additional Borrower and Huntington, a copy of which is attached as Exhibit I.

(j) Third Modification of Loan Agreement, dated March 25, 2013 between Initial Borrower, Additional Borrower and Huntington, a copy of which is attached as Exhibit J.

(k) Fourth Modification of Loan Agreement, executed July 16, 2013 between Initial Borrower, Additional Borrower and Huntington, a copy of which is attached as Exhibit K.

(l) Fifth Modification of Loan Documents dated September 19, 2013 executed between Initial Borrower, Additional Borrower and Huntington, a copy of which is attached as Exhibit L.

(m) Credit Line Deed of Trust dated September 19, 2013 executed between Initial Borrower and Huntington, a copy of which is attached as Exhibit M.

(n) Assignment of Deposit Accounts dated September 19, 2013 executed between Initial Borrower, Additional Borrower and Huntington, a copy of which is attached as Exhibit N.

(o) Assignment of Leases and Rents dated September 19, 2013 executed between Initial Borrower, Additional Borrower and Huntington, a copy of which is attached as Exhibit O.

8. The documents enumerated above and any and all other mortgages, assignments, leases, guarantees, instruments, documents, contracts, letters of credit or agreements which evidence, secure or otherwise relate to the Defendants' obligations with respect to the Loan, all as modified by any prior amendments or modification agreements, are hereinafter referred to as the "Loan Documents."

9. Under the Fifth Modification, Defendants, agreed, among other things, to pay the Loan in full on March 15, 2016.

10. Defendants are in default under the terms of the Loan Documents by virtue of their failure to make payment when due and owing under the Note. Specifically, Borrowers failed to make the full payment when due on March 15, 2016.

11. As a result, under the Loan Documents, the entire secured debt is immediately due and payable.

12. The default of the Defendants rendered all balances due under all the Loan Documents ("Total Indebtedness") due and payable in full.

13. The Total Indebtedness under all the Loan Documents is now due and owing in full. As of July 21, 2016, the Total Indebtedness under the Loan Documents was $19,977,299.97. Interest, fees, costs, attorneys' fees and certain other recoverable amounts under the Loan Documents are due and owing.

14. Interest is accruing on the Loan at the rate set forth in the Loan Documents.

## COUNT I

### Breach of Contract

15. Plaintiff incorporates the foregoing paragraphs by reference as if set forth at length herein.

16. The Loan Documents are valid and enforceable contracts between the Plaintiff and Defendants.

17. Despite multiple requests by Plaintiff, Defendants have failed and refused to comply with their obligation to pay the amount due and owing to Plaintiff.

18. Defendants are in default of the Loan Documents because they have not paid the amount due and owing.

19. Plaintiff is entitled to payment in full of the entire balance of debt, together with interest and all other sums due and owing to Plaintiff.

WHEREFORE, Plaintiff demands judgment under the Loan Documents against the Defendants for (i) the balance due and owing under the Loan Documents, together with all interest, fees, and costs recoverable thereunder, including legal fees, and (ii) such other and further relief as is just and proper.

Dated: July 22, 2016

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY LLP

By: /s/Kathleen Jones Goldman
Kathleen Jones Goldman (WV Bar Id. No. 6917)
One Oxford Centre, 20th floor
301 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Fax: (412) 562-1041
E-mail: kathleen.goldman@bipc.com

Attorneys for The Huntington National Bank